1  Jeffrey M. Theodore, Esq. (SBN: 324823)
       theodore@braunhagey.com
2  H. Chelsea Tirgardoon, Esq. (SBN: 340119)
       tirgardoon@braunhagey.com
3  BRAUNHAGEY & BORDEN LLP
   351 California Street, 10th Floor
4  San Francisco, CA 94104
   Telephone: (415) 599-0210
5  Facsimile: (415) 276-1808

6  ATTORNEYS FOR PLAINTIFF
   THIRD STREET DATA, INC.
7  D/B/A TEAMABLE, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THIRD STREET DATA, INC., D/B/A TEAMABLE, INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JESSICA SCHERTZ,<br><br>　　　　Defendant. | Case No. 3:24-cv-1309-AMO<br><br>**PLAINTIFF THIRD STREET DATA, INC., D/B/A TEAMABLE, INC.'S NOTICE OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

**NOTICE IS HEREBY GIVEN** that pursuant to Federal Rules of Civil Procedure 41(a), Plaintiff Third Street Data, Inc., D/B/A Teamable, Inc. ("Teamable") voluntarily dismisses with prejudice the above-entitled action against Defendant Jessica Schertz ("Defendant"). This Notice of Dismissal with Prejudice is being filed with the Court before service by Defendant of either an answer or a motion for summary judgment. *See* Fed. R. Civ. P. 41(a)(1)(B).

Dated:  April 12, 2024

Respectfully submitted,

BRAUNHAGEY & BORDEN LLP

By:   *s/ H. Chelsea Tirgardoon*
           H. Chelsea Tirgardoon

*Attorneys for Plaintiff
Third Street Data, Inc., D/B/A Teamable, Inc.*